

| Dallas County Hospital Dist.<br>5200 Harry Hines Boulevard<br>Dallas, TX 75235 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | FT-Fulltime Pay Group<br>12/28/2022<br>01/10/2023 | Business Unit:<br>Advice #:<br>Advice Date: | 00001<br>000000006749276<br>01/17/2023 |
|---|---|---|---|---|

| | | | TAX DATA: | Federal | TX State |
|---|---|---|---|---|---|
| **Danielle Rae Bower**<br>2731 Selma Lane<br>Farmers Branch, TX 75234 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 119782<br>72080-Oncology Services Clinic<br>Main Hosp Bldg - 2nd Floor OPC<br>Sr RN Spec - Oncology<br>$57.290000 Hourly | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>N/A<br>N/A | N/A<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Holiday | 57.290000 | 8.00 | 458.32 | 16.00 | 916.64 | Fed Withholdng | 591.08 | 1,205.24 |
| Regular | 57.290000 | 68.75 | 3,938.69 | 82.50 | 4,726.43 | Fed MED/EE | 56.82 | 115.47 |
| Orientation | | | 0.00 | 58.25 | 3,337.15 | | | |
| **TOTAL:** | | 76.75 | 4,397.01 | 156.75 | 8,980.22 | **TOTAL:** | 647.90 | 1,320.71 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| DHMO Dental | 5.28 | 10.56 | Critical Illness | 16.80 | 52.64 | Parkland Employees Health Plan | 358.66 | 717.32 |
| Vision | 3.33 | 6.66 | Accident Plan | 5.64 | 17.93 | Health Savings Account | 19.24 | 38.48 |
| Health Savings Account | 167.00 | 334.00 | Hospital Plan | 4.59 | 14.55 | | | |
| Retirement Plan - FT | 272.61 | 556.77 | Cafeteria Purchases Deduction | 12.18 | 12.18 | | | |
| Parkland Employees Health Plan | 0.00 | 78.46 | Maple Garage | 30.00 | 30.00 | | | |
| **TOTAL:** | 448.22 | 986.45 | **TOTAL:** | 69.21 | 127.30 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 4,397.01 | 3,948.79 | 647.90 | 517.43 | 3,231.68 |
| YTD | 8,980.22 | 7,993.77 | 1,320.71 | 1,113.75 | 6,545.76 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| Start Balance | 5.5 | 0.0 | | **Account Type** | **Account Number** | **Deposit Amount** |
| + Earned | 4.4 | 0.0 | Advice #000000006749276 | Checking | 1673082061 | 1,615.84 |
| + Bought | 0.0 | 0.0 | | Checking | 6037002851 | 1,615.84 |
| - Taken | 0.0 | 0.0 | | | | |
| - Sold | 0.0 | 0.0 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| **End Balance** | 10.0 | 0.0 | **TOTAL:** | | | 3,231.68 |

MESSAGE:



| Dallas County Hospital Dist. 5200 Harry Hines Boulevard Dallas, TX 75235 | Pay Group: FT-Fulltime Pay Group<br>Pay Begin Date: 12/14/2022<br>Pay End Date: 12/27/2022 | Business Unit: 00001<br>Advice #: 000000006735772<br>Advice Date: 01/03/2023 |
|---|---|---|

| | | TAX DATA: | Federal | TX State |
|---|---|---|---|---|
| **Danielle Rae Bower**<br>2731 Selma Lane<br>Farmers Branch, TX 75234 | Employee ID: 119782<br>Department: 72080-Oncology Services Clinic<br>Location: Main Hosp Bldg - 2nd Floor OPC<br>Job Title: Sr RN Spec - Oncology<br>Pay Rate: $57.290000 Hourly | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>N/A<br>N/A | N/A<br>0 |

### HOURS AND EARNINGS / TAXES

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Orientation | 57.290000 | 58.25 | 3,337.15 | 58.25 | 3,337.15 | Fed Withholdng | 614.16 | 614.16 |
| Regular | 57.290000 | 13.75 | 787.74 | 13.75 | 787.74 | Fed MED/EE | 58.65 | 58.65 |
| Holiday | 57.290000 | 8.00 | 458.32 | 8.00 | 458.32 | | | |
| **TOTAL:** | | 80.00 | 4,583.21 | 80.00 | 4,583.21 | **TOTAL:** | 672.81 | 672.81 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Parkland Employees Health Plan | 78.46 | 78.46 | Critical Illness | 35.84 | 35.84 | Parkland Employees Health Plan | 358.66 | 358.66 |
| DHMO Dental | 5.28 | 5.28 | Accident Plan | 12.29 | 12.29 | Health Savings Account | 19.24 | 19.24 |
| Vision | 3.33 | 3.33 | Hospital Plan | 9.96 | 9.96 | | | |
| Health Savings Account | 167.00 | 167.00 | | | | | | |
| Retirement Plan - FT | 284.16 | 284.16 | | | | | | |
| **TOTAL:** | 538.23 | 538.23 | **TOTAL:** | 58.09 | 58.09 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 4,583.21 | 4,044.98 | 672.81 | 596.32 | 3,314.08 |
| YTD | 4,583.21 | 4,044.98 | 672.81 | 596.32 | 3,314.08 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Start Balance | 0.0 | 0.0 | | Account Type | Account Number | Deposit Amount |
| + Earned | 5.5 | 0.0 | Advice #000000006735772 | Checking | 6037002851 | 3,314.08 |
| + Bought | 0.0 | 0.0 | | | | |
| - Taken | 0.0 | 0.0 | | | | |
| - Sold | 0.0 | 0.0 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| End Balance | 5.5 | 0.0 | TOTAL: | | | 3,314.08 |

MESSAGE: