Certificate Number: 20611-PAW-DE-037216489

Bankruptcy Case Number: 23-20273



20611-PAW-DE-037216489

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2023, at 6:49 o'clock PM EST, Danielle Rae Bower completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  February 27, 2023          By:   /s/Kathleen B Mills

                                  Name: Kathleen B Mills

                                  Title: TEN Financial Educator