IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 23-20273 |
|     Danielle Rae Bower | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |
|     Danielle Rae Bower | : | |
| | : | Document No. |
| Movant | : | |
| | : | |
|     v. | : | |
| | : | |
| No Respondent | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

Creditor Name:        Estate of Rex Bower

Incorrect Address:


Corrected Address:

    Creditor Name: Estate of Rex Bower, c/o Kennedy Bower,

    Correct Address: 4101 Pokoladi Circle, Addison, TX 75001


**DATE:** March 14, 2023　　　　　　　　　　　**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**
**dcalaiaro@c-vlaw.com**