IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 23-20273 |
|     Danielle Rae Bower | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |
|     Danielle Rae Bower | : | |
| | : | Document No. |
| Movant | : | |
| | : | |
|       v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

Creditor Name:       Real Estate Taxes

Incorrect Address:


Corrected Address:

    Creditor Name: Dallas County Tax Office,

    Correct Address: 500 Elm Street, Suite 3300, Dallas, TX 75202


**DATE:** March 14, 2023                **BY:**  /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**
**dcalaiaro@c-vlaw.com**