IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 23-20273 |
|     Danielle Rae Bower | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |
|     Danielle Rae Bower | : | |
| | : | Document No. |
| Movant | : | |
| | : | |
|     v. | : | |
| | : | |
| No Respondent | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

Creditor Name:    Rocket Mortgage, LLC fka Quicken Loans

Incorrect Address:


Corrected Address:

    Creditor Name: Rocket Mortgage LLC fka Quicken Loans

    Correct Address: 1050 Woodard Ave., Detroit, MI 48226


**DATE:**  March 14, 2023                                        **BY:**  /s/ Donald R. Calaiaro
                                                                **Donald R. Calaiaro, Esquire**
                                                                **PA I.D. #27538**
                                                                **CALAIARO VALENCIK**
                                                                **938 Penn Avenue, Suite 501**
                                                                **Pittsburgh, PA  15222-3708**
                                                                **(412) 232-0930**
                                                                **dcalaiaro@c-vlaw.com**