**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DANIELLE RAE BOWER,                     Bankruptcy No. 23-20273-GLT

Debtor.                                             Chapter 13

**NOTICE OF APPEARANCE, REQUEST FOR**
**NOTICES AND SERVICE OF PAPERS**

Please take notice that Kennedy Bower, an interested party in the above-captioned Bankruptcy Case, hereby appears in the above-captioned case by and through her Counsel, Ryan J. Cooney and such counsel hereby enters his appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure that copies of all notices and pleadings given or filed in this case be given and served upon the person at the following address and that the following name and address be added to the Mailing Matrix:

Ryan J. Cooney
The Cooney Law Offices
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 546-1234 (phone)
(412) 546-1235 (facsimile)
Email:  rcooney@cooneylawyers.com

## **DECLARATION IN LIEU OF AFFIDAVIT**

    I am the Attorney for Kennedy Bower, an interested party in the above-captioned Bankruptcy Case, and I am authorized by Kennedy Bower to make the accompanying request for notices. The new address should be used instead of the existing address and added to the matrix. I hereby certify that the request for notices being filed herewith replaces, supersedes and cancels all prior requests for notice by the within named Creditor.

Dated: March 16, 2023

/s/Ryan J. Cooney
RYAN J. COONEY
PA I.D. #319213
JONATHON E.B. HANSON
PA I.D. #331544
Cooney Law Offices
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA  15222
(412) 546-1234 (phone)
(412) 546-1235 (facsimile)
Email: rcooney@cooneylawyers.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **DANIELLE RAE BOWER,** | **Bankruptcy No. 23-20273-GLT** |
| **Debtor.** | **Chapter 13** |

### CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing Notice of Appearance, Request for Notices and Service of Papers using the electronic filing system which will send notification of such filing to those attorneys registered to receive notice via the CM/ECF system for this matter this 16th day of March 2023.

Dated: March 16, 2023

/s/Ryan J. Cooney
RYAN J. COONEY
PA I.D. #319213
JONATHON E.B. HANSON
PA I.D. #331544
The Cooney Law Offices
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA  15222
(412) 546-1234 (phone)
(412) 546-1235 (facsimile)
Email:  rcooney@cooneylawyers.com
Email: jhanson@cooneylawyers.com