**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **DANIELLE RAE BOWER,** | Bankruptcy No. 23-20273-GLT |
| Debtor. | Chapter 13 |
| _____ | |
| **KENNEDY BOWER,** | Document No. |
| Movant, | Related to Doc. Nos. 14 & 20 |
| vs. | Hearing Date and Time: |
| **DANIELLE RAE BOWER,** | March 20, 2023 at 1:00pm |
| Respondent. | |

**OBJECTION TO DEBTOR'S
CHAPTER 13 PLAN DATED FEBRUARY 21, 2023**

AND NOW, comes Kennedy Bower, by and through her undersigned counsel, and files the within **Objection to Debtor's Chapter 13 Plan Dated February 21, 2023** as follows:

1. Danielle Rae Bower ("Debtor") filed her Plan of Reorganization (the "Plan") on February 21, 2023.

2. On February 22, 2023, a Notice of Chapter 13 Bankruptcy was filed, which Notice scheduled an initial hearing on the Plan for March 20, 2023.

3. The Debtor has a life estate in real property ("Property") located at 4101 Pokolodi Circle, Addison, Texas 75001. Kennedy Bower ("Movant") has a remainderman interest in the Property.

4. The Plan states that the Debtor intends to sell the Property.

5. However, as Debtor merely holds a life estate, Debtor is barred from seeking a sale of the Property under 11 U.S.C. § 363 (h).

6. While 11 U.S.C. § 363 (h) permits the Debtor to sell property in which both the debtor and a nondebtor maintain a property interest, the property interest must fit into one of the following three categories: (1) a tenancy in common; (2) a joint tenancy; or (3) a tenancy by the entireties. *See, Kovacs v. Sargent* (In re Sargent), 337 B.R. 661, 663 (N.D.OH. 2006).

7. Here, the Debtor's life estate interest does not fit into any of the three categories. In fact, the Court in *Kovacs* specifically held that a Debtor cannot sell a property when her interest is limited to that of a life estate. *Id. at 666-67*.

8. Accordingly, the Plan should not be confirmed.

WHEREFORE, Kennedy Bower respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan dated February 21, 2023.


Dated: March 16, 2023                    */s/Ryan J. Cooney*
                                         RYAN J. COONEY
                                         PA I.D. #319213
                                         JON E.B. HANSON
                                         PA I.D. #331544
                                         Cooney Law Offices
                                         223 Fourth Avenue, 4th Fl.
                                         Pittsburgh, PA  15222
                                         (412) 546-1234 (phone)
                                         (412) 546-1235 (facsimile)
                                         rcooney@cooneylawyers.com
                                         jcooney@coonewylawyers.com
                                         jhanson@cooneylawyers.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| **DANIELLE RAE BOWER,** | Bankruptcy No. 23-20273-GLT |
| **Debtor.** | Chapter 13 |
| _____ | |
| **KENNEDY BOWER,** | Document No. |
| **Movant,** | Related to Doc. Nos. 14 & 20 |
| vs. | Hearing Date and Time: |
| **DANIELLE RAE BOWER,** | March 20, 2023 at 1:00pm |
| **Respondent.** | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March 2023, a true and correct copy of the foregoing **Objection to Debtor's Chapter 13 Plan** Dated February 21, 2023 was served upon the following via electronic service:

Donald R. Calaiaro
Calaiaro Valencik
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222-3708
412-232-0930
dcalaiaro@c-vlaw.com

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
rwinnecour@chapter13trusteewdpa.com

Dated: <u>March 16, 2023</u>  /s/Ryan J. Cooney
RYAN J. COONEY
PA I.D. #319213
THE COONEY LAW OFFICES
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA  15222
(412) 546-1234 (phone)
(412) 546-1235 (facsimile)
Email:  rcooney@cooneylawyers.com