# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-20273-GLT |
| | : | Chapter: | 13 |
| Danielle Rae Bower | : | | |
| | : | | |
| | : | Date: | 4/19/2023 |
| *Debtor(s).* | : | Time: | 10:30 |

FILED
4/20/23 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## PROCEEDING MEMO

**MATTER:**  #20 - Contested Confirmation of Plan Dated 2/21/2023 [N]
#28 - Objection filed by Ch 13 Trustee
#26 - Objection by Kennedy Bower

[# 27 Conciliation hearing held. Contested Confirmation Hearing requested - Unresolved objections to plan. From 3/20/2023 341 meeting. 341 MEETING IS HELD AND CLOSED]

**APPEARANCES:**
- Debtor: Donald R. Calaiaro
- Trustee: Ronda J. Winnecour
- Kennedy: John Hanson, Ryan Cooney

**NOTES:** [11:16]

Calaiaro: Asking to continue in order to reach a resolution with Kennedy Bower

Cooney Agrees and is in discussions with Calaiaro. Also wants to mention that Kennedy Bower is considering filing an adversary if no resolution,

**OUTCOME:**

1) For the reasons stated on the record, the contested confirmation of the Plan dated February 21, 2023 [Dkt. No. 20] is continued to May 31, 2023 at 11 a.m. On or before May, 24, 2023, the Debtor shall file a status report. [Text order].

**DATED:** 4/19/2023