FILED
5/25/23 4:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) Case No. 23-20273-GLT |
| Danielle Rae Bower, | ) |
| **Debtor,** | ) Chapter 13 |
| Danielle Rae Bower, | ) |
| **Movant,** | ) Related Document No. 36 |
| vs. | ) Hearing Date: 05/31/23 @ 11:00 a.m. |
| No Respondent. | ) Document No. |

### ORDER OF COURT

**AND NOW**, to wit, this 25th day of May, 2023, upon consideration of the Debtor's Motion to Continue Contested Confirmation Hearing Scheduled for May 31, 2023, its hereby **ORDERED, ADJUDGED,** and **DECREED** that the Debtor's Motion is **GRANTED**.

The contested confirmation hearing scheduled for May 31, 2023 is rescheduled to June 28th, 2023 at 10 a.m. in Courtroom A 54th Floor U.S. Steel Tower, 600 Grant St. Pittsburgh, PA. Parties may participate in the hearing via Zoom Video Conference in compliance with Judge Taddonio's Procedures.

Dated: 5/25/23

_____
**Chief Judge Gregory L. Taddonio**
**United States Bankruptcy Judge**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20273-GLT |
| Danielle Rae Bower | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 25, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Danielle Rae Bower, 2731 Selma Lane, Farmers Branch, TX 75234-6342 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Danielle Rae Bower dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Ryan J Cooney
                          on behalf of Interested Party Kennedy Bower rcooney@cooneylawyers.com

TOTAL: 6