## UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-20273 |
| DANIELLE RAE BOWER | § | |
| DEBTORS(S), | § | CHAPTER 13 |

### REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**DALLAS COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on __10th__ day of __July__, 2023, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

DONALD R. CALAIARO  
CALAIARO VALENCIK  
938 PENN AVE., STE 501  
PITTSBURGH, PA 15222-3708

RONDA J. WINNECOUR  
600 GRANT ST, STE 3250  
PITTSBURGH, PA 15219

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP  
2777 N. Stemmons Freeway  
Suite 1000  
DALLAS, TX 75207  
Telephone:  (214) 880-0089  
Facsimile:   (469) 221-5003  
Email:         dallas.bankruptcy@lgbs.com

By: __/s/ Sherrel K. Knighton__  
Sherrel K. Knighton  
SBN: 00796900 TX