**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RE:** | ) **Case No.** 23-20273-GLT |
| Danielle Rae Bower, | ) |
| **Debtor,** | ) **Chapter** 13 |
| Danielle Rae Bower, | ) |
| **Movant,** | ) **Related Document No.** 53-54 |
| vs. | ) |
| Educational Employees Credit Union and Chapter 13 Trustee, Ronda Winnecour, | ) **Hearing Date:** 10/04/23 @ 10:00 a.m. |
| | ) **Response Date:** 09/18/23 |
| | ) |
| **Respondents.** | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO ABANDON PROPERTY DIRECTED TO EDUCATIONAL EMPLOYEES
CREDIT UNION PURSUANT TO 11 U.S.C. § 554 AND FEDERAL RULES OF
BANKRUPTCY PROCEDURE RUILE 6007(b)
- Document No. 53**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Abandon Property Directed to Educational Employees Credit Union Pursuant to 11 U.S.C. § 554 and Federal Rules of Bankruptcy Procedure Rule 6007(b)** filed on September 1, 2023, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Abandon Property Directed to Educational Employees Credit Union Pursuant to 11 U.S.C. § 554 and Federal Rules of Bankruptcy Procedure Rule 6007(b) appears** thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Abandon Property Directed to Educational Employees Credit Union Pursuant to 11 U.S.C. § 554 and Federal Rules of Bankruptcy Procedure Rule 6007(b)** were to be filed and served no later than September 18, 2023.

It is hereby respectfully requested that the Order attached to the **Motion to Abandon Property Directed to Educational Employees Credit Union Pursuant to 11 U.S.C. § 554 and Federal Rules of Bankruptcy Procedure Rule 6007(b) be** entered by the Court.

**DATED:** September 19, 2023

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire
PA I.D. #27538**
dcalaiaro@c-vlaw.com
**CALAIARO VALENCIK
938 Penn Avenue, Suite 501**

**Pittsburgh, PA 15222-3708**
**(412) 232-0930**