**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> DANIELLE RAE BOWER | Case No. 23-20273GLT |
| Debtor(s) <br> RONDA J. WINNECOUR, <br> Standing Chapter 13 Trustee, | Chapter 13 |
| Movant <br> vs. <br> INTERNAL REVENUE SERVICE* | Document No __ |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

NO CLAIM WAS FILED. DEBTOR MADE PROVISIONS IN THE PLAN FOR PAYMENT OF A DEBT IN THE AMOUNT OF OF $36,000.

INTERNAL REVENUE SERVICE*  
CENTRALIZED INSOLVENCY-TRUSTEE  
REMITS  
PO BOX 7317  
PHILADELPHIA, PA 19101-7317

Court claim# /Trustee CID# 6

The Movant further certifies that on 01/24/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)  
    original creditor  
    putative creditor  
    counsel for debtor(s)  
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>DANIELLE RAE BOWER, 2731 SELMA LANE, FARMERS BRANCH, TX  75234 | DEBTOR'S COUNSEL:<br>DONALD R CALAIARO ESQ, CALAIARO VALENCIK, 938 PENN AVE STE 501, PITTSBURGH, PA  15222-3708 |
|---|---|
| :<br>INTERNAL REVENUE SERVICE**, OFFICE OF DISTRICT COUNSEL, 1000 LIBERTY AVE RM 806, PITTSBURGH, PA  15222 | ORIGINAL CREDITOR:<br>INTERNAL REVENUE SERVICE*, CENTRALIZED INSOLVENCY-TRUSTEE REMITS, PO BOX 7317, PHILADELPHIA, PA 19101-7317 |
| NEW CREDITOR: | |