# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Danielle Rae Bower

| | | |
|---|---|---|
| | § | CHAPTER 13 |
| | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CASE NO.: 23-20273 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes Dallas County, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case. Dallas County filed its secured claim on or about July 10, 2023, in the amount of $13,628.85, which claim is designated as claim number 17 on the claims register. Therefore, Dallas County hereby withdraws its claim 17.

## CERTIFICATE OF SERVICE

I hereby certify that on ___2nd___ day of ___February___, 2024, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Freeway Suite 1000
Dallas, TX 75207
(214) 880-0089 - *Telephone*
(469) 221-5003 - *Fax*
Email: Dallas.Bankruptcy@lgbs.com

By: /s/ Sherrel K. Knighton
    Sherrel K. Knighton, Attorney
    Texas Bar No. 00796900
    Lisa Large Evans, Attorney
    Texas Bar No. 24036379
    John K. Turner, Attorney
    Texas Bar No. 00788563