FILED
2/7/24 4:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Danielle Rae Bower

§       CHAPTER 13
§
§
§
DEBTOR(S)     §       CASE NO.: 23-20273
                Related Dkt. No. 70

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

   Now comes Dallas County, a secured creditor herein, and notifies the Court and all other parties that it is withdrawing its secured claim in this case.  Dallas County filed its secured claim on or about July 10, 2023, in the amount of $13,628.85, which claim is designated as claim number <u>17</u> on the claims register.  Therefore, Dallas County hereby withdraws its claim <u>17</u>.

### CERTIFICATE OF SERVICE

I hereby certify that on  <u>2nd</u>  day of   <u>February</u>  , 2024, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Freeway Suite 1000
Dallas, TX 75207
(214) 880-0089 - *Telephone*
(469) 221-5003 - *Fax*
Email: Dallas.Bankruptcy@lgbs.com

By: <u>/s/ Sherrel K. Knighton</u>
   Sherrel K. Knighton, Attorney
   Texas Bar No. 00796900
   Lisa Large Evans, Attorney
   Texas Bar No. 24036379
   John K. Turner, Attorney
   Texas Bar No. 00788563

SO ORDERED this 7th day of February 2024

_____
GREGORY L. TADDONIO
CHIEF U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 23-20273-GLT
Danielle Rae Bower                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                                              Page 1 of 2
Date Rcvd: Feb 07, 2024              Form ID: pdf900                               Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**       **Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

**Recip ID**                     **Recipient Name and Address**
db                          +    Danielle Rae Bower, 2731 Selma Lane, Farmers Branch, TX 75234-6342

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| cr | + Email/Text: dallas.bankruptcy@LGBS.com | Feb 07 2024 23:59:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o Sherrel K. Knighton, 2777 N. Stemmons Fwy, Ste. 1000, Dallas, TX 75207-2328 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024                        Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed
below:**

**Name**                              **Email Address**

Denise Carlon
                                      on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com

Donald R. Calaiaro
                                      on behalf of Debtor Danielle Rae Bower dcalaiaro@c-vlaw.com
                                      kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com;
                                      ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Ryan J Cooney
on behalf of Interested Party Kennedy Bower rcooney@cooneylawyers.com


TOTAL: 6