IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 23-20273-GLT |
|    Danielle Rae Bower | : | Chapter 13 |
|       Debtor | : | |
| | : | |
| Danielle Rae Bower | : | |
| | : | Document No. |
|       Movant | : | |
| | : | |
|    v. | : | |
| | : | |
| | : | |
| No Respondent | : | |

### NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

   Debtor Name:    Danielle Rae Bower

   Incorrect Address: 2731 Selma Lane, Farmers Branch, TX 75234


Corrected Address:

   Debtor Name: Danielle Rae Bower

Correct Address: 1220 Indian Run Dr., Carrollton, TX 75010



Dated October 2, 2024                              /s/ Donald R. Calaiaro, Esquire

                                                                                      Donald R. Calaiaro, Esquire
                                                                                      Calaiaro Valenciik
                                                                                      428 Forbes Avenue, Suite 900
                                                                                      Pittsburgh, PA 15219-1621
                                                                                      412-232-0930
                                                                                      PA I.D. #27538